THE PEOPLE v. COLÓN.

APPEAL from the District Court of Guayama.

No. 60.—Decided February 8, 1907.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.— Where there is no bill of exceptions or statement of facts, and it does not appear from the record that any error has been committed which would warrant the reversal of the judgment appealed from, the same should be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE HERNÁNDEZ delivered the opinion of the court.

This is an appeal taken by the defendant from a judgment of the District Court of Guayama which, on the 26th of September of last year, sentenced him, for the crime of aggravated assault and battery, to six months in jail, and the payment of costs.

There is no bill of exceptions or statement of facts in the record, nor has any allegation been made before this Supreme Court in support of the appeal.

We do not find any substantial defect in the record which would warrant the reversal of the judgment appealed from, and therefore the same should be affirmed, with the costs against the appellant, Tomás Colón.

*Affirmed.*

Chief Justice Quiñones and Justices Figueras, MacLeary and Wolf concurred.